1 **Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
2 521 Georgia Street
Vallejo, CA   94590
3 Tel: (707) 644-4004
Fax: (707) 644-7528
4
Attorney for Defendant ERIC W. KENNEDY
5

6

7                        **UNITED STATES DISTRICT COURT**

8                      **EASTERN DISTRICT OF CALIFORNIA**

9

10 THE UNITED STATES OF AMERICA,                Case No. 02-0356JAM

11                 Plaintiff,                   ORDER TO FILE ERIC KENNEDY'S
                                                PSYCHIATRIC REPORT UNDER SEAL
12 vs.                                          *NUNC PRO TUNC*

13 ERIC W. KENNEDY,

14                 Defendant.
_____/
15

16        Upon reviewing the request of Defendant in the above matter and good cause appearing

17 therefore,

18        IT IS HEREBY ORDERED that Defendant's psychiatric report  be filed under seal *nunc*

19 *pro tunc*.

20

21 Dated:  2/17/2011                          /s/ John A. Mendez
                                             U. S. DISTRICT COURT JUDGE
22

23

24

25

26

27

28

                                             1