1  **Tim A. Pori (SBN 189270)**
   LAW OFFICES OF TIM A. PORI
2  521 Georgia Street
   Vallejo, CA  94590
3  Tel: (707) 644-4004
   Fax: (707) 644-7528
4
   Attorney for Defendant ERIC W. KENNEDY
5

6

7                  UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9

10  THE UNITED STATES OF AMERICA,           Case No. 02-0356JAM

11           Plaintiff,
                                            **STIPULATION AND ORDER FOR**
12  vs.                                     **COURT TO CONDUCT IN-CAMERA**
                                            **REVIEW OF MENTAL HEALTH**
13  ERIC W. KENNEDY,                        **RECORDS PRODUCED BY THE**
                                            **CALIFORNIA DEPARTMENT OF**
14           Defendant.                     **CORRECTIONS AND**
    _____/   **REHABILITATION**
15

16        The defendant herein, ERIC W. KENNEDY, through counsel, Tim A. Pori, and the

17  California Department of Corrections and Rehabilitation, through its counsel, Chrisman L.

18  Swanberg, respectfully stipulate for an Order for an *in-camera* inspection of the mental health

19  records to be produced by the California Department of Corrections and Rehabilitation pursuant

20  to a subpoena served on the California Department of Corrections and Rehabilitation calling for

21  the production of the mental health records of defendant ERIC W. KENNEDY.

22        Pursuant to the Application To Produce Medical and Mental Health Records and

23  Qualified Protective Order filed on February 16, 2011 (Document number 47), the California

24  Department of Corrections and Rehabilitation shall deliver to the above-entitled Court, all

25  records in its possession responsive to the subpoena for an *in camera* inspection by the Court to

26  determine if any of all of the subject confidential documents should be produced under the

27  protective order contained in the Application.

28

                                            1

The parties respectfully request that the Court conduct an *in camera* review and decide what, if any, documents should be produced under the terms of the protective order.

Respectfully submitted

Dated:   February 17, 2011

/s/ Tim A. Pori
TIM A. PORI
Attorney for Defendant KENNEDY

Dated: February 17, 2011

/s/ Chrisman L. Swanberg (Authorized 2/17/11)
CHRISMAN L. SWANBERG
Staff Counsel IV
Receiver's Office of Legal Affairs
Division of Prison Healthcare Services
California Department of Corrections
  and Rehabilitation

**ORDER**

Good cause appearing,

IT IS SO ORDERED.

DATED: 2/17/2011

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE