**Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Telephone: (707) 644-4004

Attorney for Defendant ERIC KENNEDY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 02-00356 JAM |
| Plaintiff, | |
| vs. | **STIPULATION AND  ORDER TO CONTINUE SENTENCING HEARING** |
| ERIC KENNEDY, | |
| Defendant. | |
| _____/ | |

The parties hereby stipulate that the sentencing hearing in this case be continued from February 22, 2011, to April 19, 2011, at 10:00 a.m.

Respectfully submitted

Date:  February 17, 2011          /s/ Tim A. Pori
TIM A. PORI
Attorney for Defendant KENNEDY

Date:  February 17, 2011          /s/ Russell Carlberg (Authorized 2/17/11)
RUSSELL CARLBERG
Assistant United States Attorney

1

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing in the above-entitled matter is continued to April 19, 2011, at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 18, 2011.

/s/ John A. Mendez
JOHN A. MENDEZ
JUDGE OF THE UNITED STATES
DISTRICT COURT

2