Tim A. Pori (SBN 189270)
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Telephone: (707) 644-4004

Attorney for Defendant ERIC KENNEDY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 02-00356 JAM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCE** |
| ERIC KENNEDY, | |
| Defendant. | |
| _____/ | |

The parties hereby stipulate that the judgment and sentence in this case be continued from May 3, 2011, to June 21, 2011, at 9:30 a.m.  Specifically, the continuance is being sought due to counsels' mutual trial schedules.  Therefore the parties have stipulated to continue the judgment and sentence in this case.

                                                                Respectfully submitted

Date:   April 25, 2011                          /s/   Tim A. Pori
                                                                TIM A. PORI
                                                                Attorney for Defendant KENNEDY


Date: April 25, 2011                            /s/ Russell Carlberg (Authorized 4/21/11)
                                                                RUSSELL CARLBERG
                                                                Assistant U.S. Attorney

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS HEREBY ORDERED that the judgment and sentence in the above-entitled matter is continued to June 21, 2011, at 9:30 a.m.

/s/ John A. Mendez
JUDGE OF THE UNITED STATES
DISTRICT COURT