```
BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Room 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-02-356 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING DATE |
| v. | |
| ERIC W. KENNEDY, | |
| Defendant. | |

**STIPULATION**

The United States, through its Assistant United States Attorney Russell L. Carlberg, and the defendant, through counsel Tim A. Pori, hereby stipulate and agree that the sentencing hearing for this matter may be continued from June 21, 2011 to **July 12, 2011, at 9:30 a.m.,** before the Honorable Judge John A. Mendez. The parties request this continuance due to the trial schedule of defense counsel. Additionally, the Assistant United States Attorney handling this matter has vacation scheduled to commence June 22, 2011, and may not be available on June 21, 2011. July 12 is convenient to both parties, to the Probation Officer, and is a date available to the Court.

///

1

|     |     |
| --- | --- |
|     | Respectfully Submitted, |
| DATED: June 16, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
|     | By: */s/ Russell L. Carlberg*<br>RUSSELL L. CARLBERG<br>Assistant United States Attorney |
| DATED:  June 16, 2011 | */s/ Tim. A. Pori*\*<br>TIM. A. PORI<br>Attorney for Defendant Kennedy |

**ORDER**

For good cause shown, IT IS HEREBY ORDERED that the sentencing hearing in the above-captioned matter be continued to July 12, 2011, at 9:30 a.m.

DATED: 6/17/2011

/s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

\*Signed with permission granted via email.

2